CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 0 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

KIM GERETTE,                          )
*on behalf of E.C., a minor child,*   )
                                      )      Civil Action No. 7:15cv00012
        Plaintiff,                    )
                                      )
v.                                    )      By:   Michael F. Urbanski
                                      )            United States District Judge
CAROLYN W. COLVIN,                    )
Commissioner of Social Security,      )
                                      )
        Defendant.                    )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the

court **ADOPTS** in full the magistrate judge's report and recommendation (ECF No. 21), **GRANTS**

the Commissioner's motion for summary judgment (ECF No. 16) and **DENIES** Gerette's motion

for summary judgment (ECF No 14). The decision of the Commissioner is hereby **AFFIRMED**

and this case is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 03-30-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge